**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

In Re:  
CONRAN, GENEVIEVE T.

Case No.: 16-29893  
Chapter 7  
Judge: Jerrold N. Poslusny, Jr.

---

## NOTICE OF PROPOSED ABANDONMENT

---

Thomas J. Subranni, Trustee in this case, proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

**Address of the Clerk:**

U.S. Post Office and Courthouse  
401 Market Street, Second Floor  
Camden, NJ 08101

If an objection is filed, a hearing will be held before the Honorable Jerrold N. Poslusny, Jr. on January 3, 2017 at 10:00 AM at the United States Bankruptcy Court, Courtroom No. 4C  (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

| Description of property | FMV | Liens on property | Amount of equity claimed as exempt |
|---|---|---|---|
| 634 WEST MAPLE AVE., WILDWOOD, NJ 08260-0000, CA | $40,000.00 | $89,532.72 | $0.00 |

| Description of property | FMV | Liens on property | Amount of equity claimed as exempt |
|---|---|---|---|
| 634-5 WEST MAPLE AVE., WILDWOOD, NJ 08260-0000, | $15,000.00 | $0.00 | $11,306.81 |

Objections must be served on, and requests for additional information directed to:

Name:        /s/ Thomas J. Subranni  
Address:     1624 Pacific Avenue, Atlantic City, NJ 08401  
Telephone No.: (609) 347-7000

*rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:  
Genevieve T. Conran  
     Debtor

Case No. 16-29893-JNP  
Chapter 7

## CERTIFICATE OF NOTICE

```
District/off: 0312-1           User: admin               Page 1 of 1                  Date Rcvd: Dec 05, 2016
                               Form ID: pdf905           Total Noticed: 7

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 07, 2016.
db             +Genevieve T. Conran,    1942 S. 28th St.,    Philadelphia, PA 19145-2408
516451580      +Bank of America,    PO Box 15019,    Wilmington, DE 19886-5019
516451581      +Chase / Slate,    PO Box 15123,    Wilmington, DE 19850-5123
516451582      +Discover,    PO Box 742655,    Cincinnati, OH 45274-2655

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Dec 05 2016 23:18:04      U.S. Attorney,   970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Dec 05 2016 23:17:58      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
516451583      +E-mail/Text: bankruptcy.bnc@ditech.com Dec 05 2016 23:17:36      Ditech,   PO Box 6172,
                 Rapid City, SD 57709-6172
                                                                                              TOTAL: 3

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 07, 2016                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 2, 2016 at the address(es) listed below:
              Bruno   Bellucci, III    on behalf of Debtor Genevieve T. Conran jkearney@belluccilaw.net,
               bbellucci@belluccilaw.net,jrosati@belluccilaw.net,bfrost@belluccilaw.net,kpalermo@belluccilaw.net
              Denise E. Carlon    on behalf of Creditor   Ditech Financial LLC dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Thomas J Subranni    trustee@subranni.com,
               szauber@subranni.com;desk@subranni.com;NJ84@ecfcbis.com;cwild@subranni.com;Subranni@remote7soluti
               ons.com;hinnaurato@subranni.com
                                                                                             TOTAL: 3
```